# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-24109-SPS |
| | § | |
| RENE PORRAS | § | |
| MARIA PORRAS | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/29/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/01/2012         By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-24109-SPS |
|---|---|---|
| | § | |
| RENE PORRAS | § | |
| MARIA PORRAS | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $5,000.00
*and approved disbursements of*  $31.14
*leaving a balance on hand of[1]:*  $4,968.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $4,968.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| David P. Leibowitz, Trustee Expenses | $30.20 | $0.00 | $30.20 |

Total to be paid for chapter 7 administrative expenses:  $1,280.20
Remaining balance:  $3,688.66

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $3,688.66

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,688.66

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,756.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC/National Assoc-Carsons | $691.17 | $0.00 | $112.05 |
| 2 | Atlas Acquisitions LLC/ National Assoc-Carsons | $925.64 | $0.00 | $150.04 |
| 3 | Midland Credit Manangement, Inc.WAMU Providian | $6,228.93 | $0.00 | $1,009.68 |
| 4 | Midland Credit Manangement, Inc./Target National Bank | $1,615.75 | $0.00 | $261.91 |
| 5 | Capital Recovery IV LLC/ ABT TV | $1,493.93 | $0.00 | $242.16 |
| 6 | Capital One,N.A. | $640.19 | $0.00 | $103.77 |
| 7 | Portfolio Recovery Associates, LLC/ c/o Ameritech | $896.29 | $0.00 | $145.28 |
| 8 | Portfolio Recovery Associates, LLC/ c/o American Express Centurion Bank | $2,304.62 | $0.00 | $373.57 |
| 9 | Capital One Bank (USA), N.A. | $7,959.51 | $0.00 | $1,290.20 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $3,688.66 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                        Case No. 11-24109-SPS
Rene Porras                                                   Chapter 7
Maria Porras
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: pgordon             Page 1 of 3           Date Rcvd: Feb 02, 2012
                              Form ID: pdf006           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2012.
db/jdb        +Rene Porras,   Maria Porras,   3218 W. 38th Street,   Chicago, IL 60632-2705
17382401      +American Express,   P.O. Box 981535,   El Paso, TX 79998-1535
17382402      +Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
17382403     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One, N.a.,   Bankruptcy Dept,   Po Box 5155,
                Norcross, GA 30091)
17934090       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC 28272-1083
17734786      +Capital One,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
17382404      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17382406      +Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20432,
                Kansas City, MO 64195-0432
17382407      +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20507,
                Kansas City, MO 64195-0507
17619202      +JRSI,   C/O Steven Fink & Assoc. PC,   25 E. Washington, Ste. 1233(a),   Chicago, IL 60602-1708
17382411      +Lazarus Financial Grou,   14651 N Dallas Pkwy Ste,   Dallas, TX 75254-7476
17382418     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
17382420      +Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195-0507
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17423433      +E-mail/Text: bnc@atlasacq.com Feb 03 2012 02:19:00     Atlas Acquisitions LLC,
                Assignee of HSBC BK Nevada,   National Assoc-Carsons,   294 Union St.,
                Hackensack, NJ 07601-4303
17723178       E-mail/PDF: rmscedi@recoverycorp.com Feb 03 2012 03:42:26     Capital Recovery IV LLC,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
17382408      +E-mail/Text: bknotice@erccollections.com Feb 03 2012 02:19:59     Enhanced Recovery Co L,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
17382409      +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:52:22     Gemb/abt Tv,   Po Box 981439,
                El Paso, TX 79998-1439
17382410      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 03 2012 03:40:22     Kohls/capone,   Po Box 3115,
                Milwaukee, WI 53201-3115
17382412      +E-mail/Text: resurgentbknotifications@resurgent.com Feb 03 2012 02:16:06     Lvnv Funding Llc,
                Po Box 740281,   Houston, TX 77274-0281
17382416      +E-mail/Text: brenden.magnino@mcmcg.com Feb 03 2012 02:17:39     Midland Credit Management,
                Po Box 939019,   San Diego, CA 92193-9019
17653087      +E-mail/Text: brenden.magnino@mcmcg.com Feb 03 2012 02:17:39     Midland Credit Manangement, Inc.,
                8875 Aero Drive, Suite 200,   San Diego CA 92123-2255
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17382415       Maria Del Carmen Gonzalez,   Infonavit Del Valle,   Valle de Senora 205- MEXICO,
                San Francisco Del Ricon, GTO    36300
17382405*     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17619203*     +Lazarus Financial Grou,   14651 N Dallas Pkwy Ste,   Dallas, TX 75254-7476
17382413*     +Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
17382414*     +Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
17382417*     +Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
17382419*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
17765658*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                c/o American Express Centurion Bank,   PO Box 41067,   Norfolk VA 23541)
17765657*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Ameritech,   PO Box 41067,
                Norfolk VA 23541)
                                                                                   TOTALS: 1, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pgordon              Page 2 of 3              Date Rcvd: Feb 02, 2012
                              Form ID: pdf006            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: pgordon              Page 3 of 3                  Date Rcvd: Feb 02, 2012
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2012 at the address(es) listed below:
        David P Leibowitz   dleibowitz@lakelaw.com,
         il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Jessica  Bentz   on behalf of Debtor Rene Porras Jb@BentzFirm.Com,  bentzlaw@gmail.Com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                  TOTAL: 3

Case 11-24109   Doc 30   Filed 02/02/12   Entered 02/04/12 23:30:21   Desc Imaged
Certificate of Notice   Page 7 of 7