UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 11-24109-SPS
§
RENE PORRAS §
MARIA PORRAS §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $28,700.00 | Assets Exempt: | $500.00 |
| Total Distributions to Claimants: | $3,688.66 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,311.34 | | |

3) Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $48,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,311.34 | $1,311.34 | $1,311.34 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $48,119.00 | $22,756.03 | $22,756.03 | $3,688.66 |
| **Total Disbursements** | $96,119.00 | $24,067.37 | $24,067.37 | $5,000.00 |

4). This case was originally filed under chapter 7 on 06/07/2011. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2012         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Jose Herrera 703 Mexico, San Franscisco Del Rincon | 1129-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maria Del Carmen Gonzalez | 4110-000 | $48,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$48,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $30.20 | $30.20 | $30.20 |
| Green Bank | 2600-000 | NA | $31.14 | $31.14 | $31.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,311.34** | **$1,311.34** | **$1,311.34** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC/National | 7100-900 | NA | $691.17 | $691.17 | $112.05 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Assoc-Carsons | | | | | |
| 2 | Atlas Acquisitions LLC/ National Assoc-Carsons | 7100-900 | NA | $925.64 | $925.64 | $150.04 |
| 3 | Midland Credit Manangement, Inc.WAMU Providian | 7100-900 | $6,152.00 | $6,228.93 | $6,228.93 | $1,009.68 |
| 4 | Midland Credit Manangement, Inc./Target National Bank | 7100-900 | $1,606.00 | $1,615.75 | $1,615.75 | $261.91 |
| 5 | Capital Recovery IV LLC/ ABT TV | 7100-900 | $2,922.00 | $1,493.93 | $1,493.93 | $242.16 |
| 6 | Capital One,N.A. | 7100-900 | $640.00 | $640.19 | $640.19 | $103.77 |
| 7 | Portfolio Recovery Associates, LLC/ c/o Ameritech | 7100-000 | NA | $896.29 | $896.29 | $145.28 |
| 8 | Portfolio Recovery Associates, LLC/ c/o American Express Centurion Bank | 7100-900 | $1,970.00 | $2,304.62 | $2,304.62 | $373.57 |
| 9 | Capital One Bank (USA), N.A. | 7100-900 | $7,878.00 | $7,959.51 | $7,959.51 | $1,290.20 |
| | Arrow Financial Services | 7100-000 | $3,522.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $5,163.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $3,309.00 | NA | NA | $0.00 |
| | Citgo Oil / Citibank | 7100-000 | $131.00 | NA | NA | $0.00 |
| | Citibank Usa | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| | Enhanced Recovery Co L | 7100-000 | $422.00 | NA | NA | $0.00 |
| | Lazarus Financial Grou | 7100-000 | $917.00 | NA | NA | $0.00 |
| | Lvnv Funding Llc | 7100-000 | $4,267.00 | NA | NA | $0.00 |
| | Lvnv Funding Llc | 7100-000 | $3,921.00 | NA | NA | $0.00 |
| | Lvnv Funding Llc | 7100-000 | $687.00 | NA | NA | $0.00 |
| | Portfolio Rc | 7100-000 | $2,330.00 | NA | NA | $0.00 |
| | Portfolio Rc | 7100-000 | $990.00 | NA | NA | $0.00 |
| | Shell Oil / Citibank | 7100-000 | $292.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $48,119.00 | $22,756.03 | $22,756.03 | $3,688.66 |

**UST Form 101-7-TDR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 11-24109-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PORRAS, RENE AND PORRAS, MARIA | Date Filed (f) or Converted (c): | 06/07/2011 (f) |
| For the Period Ending: | 6/12/2012 | §341(a) Meeting Date: | 07/19/2011 |
| | | Claims Bar Date: | 11/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Jose Herrera 703 Mexico, San Franscisco Del Rincon | $28,000.00 | $0.00 | DA | $5,000.00 | FA |
| 2  Bank accounts (none) | $0.00 | $0.00 | DA | $0.00 | FA |
| 3  Household Goods and furnishings | $700.00 | $700.00 | DA | $0.00 | FA |
| 4  Clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 5  2010 Received and Spent Tax Refund ($5,026) | $0.00 | $0.00 | DA | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$29,200.00    $700.00      $5,000.00    $0.00

**Major Activities affecting case closing:**
 TFR completed for Trustee's review.
 TDR prepared and sent to UST office for review and approval.

**Initial Projected Date Of Final Report (TFR):**    12/31/2012      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**        DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 11-24109-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PORRAS, RENE AND PORRAS, MARIA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8547 | Checking Acct #: | ******0901 |
| Co-Debtor Taxpayer ID #: | ******8548 | Account Title: | |
| For Period Beginning: | 6/7/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/12/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/02/2011 | (1) | Rene Porras, Maria Porras | Payment for equity on property | 1129-000 | $5,000.00 | | $5,000.00 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.54 | $4,992.46 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $8.31 | $4,984.15 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.52 | $4,976.63 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.77 | $4,968.86 |
| 03/01/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $30.20 | $4,938.66 |
| 03/01/2012 | 1002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.00 | $3,688.66 |
| 03/01/2012 | 1003 | Atlas Acquisitions LLC/National | Claim #: 1; Amount Claimed: 691.17; Amount Allowed: 691.17; Distribution Dividend: 16.21; | 7100-900 | | $112.05 | $3,576.61 |
| 03/01/2012 | 1004 | Atlas Acquisitions LLC/ National Assoc-Carsons | Claim #: 2; Amount Claimed: 925.64; Amount Allowed: 925.64; Distribution Dividend: 16.21; | 7100-900 | | $150.04 | $3,426.57 |
| 03/01/2012 | 1005 | Midland Credit Manangement, Inc.WAMU | Claim #: 3; Amount Claimed: 6,228.93; Amount Allowed: 6,228.93; Distribution Dividend: 16.21; | 7100-900 | | $1,009.68 | $2,416.89 |
| 03/01/2012 | 1006 | Midland Credit Manangement, Inc./Target | Claim #: 4; Amount Claimed: 1,615.75; Amount Allowed: 1,615.75; Distribution Dividend: 16.21; | 7100-900 | | $261.91 | $2,154.98 |
| 03/01/2012 | 1007 | Capital Recovery IV LLC/ ABT TV | Claim #: 5; Amount Claimed: 1,493.93; Amount Allowed: 1,493.93; Distribution Dividend: 16.21; | 7100-900 | | $242.16 | $1,912.82 |
| 03/01/2012 | 1008 | Capital One,N.A. | Claim #: 6; Amount Claimed: 640.19; Amount Allowed: 640.19; Distribution Dividend: 16.21; | 7100-900 | | $103.77 | $1,809.05 |
| 03/01/2012 | 1009 | Portfolio Recovery Associates, LLC/ c/o | Claim #: 7; Amount Claimed: 896.29; Amount Allowed: 896.29; Distribution Dividend: 16.21; | 7100-000 | | $145.28 | $1,663.77 |
| 03/01/2012 | 1010 | Portfolio Recovery Associates, LLC/ c/o | Claim #: 8; Amount Claimed: 2,304.62; Amount Allowed: 2,304.62; Distribution Dividend: 16.21; | 7100-900 | | $373.57 | $1,290.20 |
| 03/01/2012 | 1011 | Capital One Bank (USA), N.A. | Claim #: 9; Amount Claimed: 7,959.51; Amount Allowed: 7,959.51; Distribution Dividend: 16.21; | 7100-900 | | $1,290.20 | $0.00 |

| | | | | **SUBTOTALS** | $5,000.00 | $5,000.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-24109-SPS | |
| **Case Name:** | PORRAS, RENE AND PORRAS, MARIA | |
| **Primary Taxpayer ID #:** | ******8547 | |
| **Co-Debtor Taxpayer ID #:** | ******8548 | |
| **For Period Beginning:** | 6/7/2011 | |
| **For Period Ending:** | 6/12/2012 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******0901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,000.00 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,000.00 | $5,000.00 | |

**For the period of 6/7/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/02/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 11-24109-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | PORRAS, RENE AND PORRAS, MARIA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******8547 | **Checking Acct #:** | ******0901 |
| **Co-Debtor Taxpayer ID #:** | ******8548 | **Account Title:** | |
| **For Period Beginning:** | 6/7/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/12/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 6/7/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/07/2011 to 6/12/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |